## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

PRAVEEN K. KHURANA,

     Plaintiff,

v.                                                                  Case No. 8:26-cv-215-KKM-TGW

RYDER TRANSPORTATION
SOLUTIONS, LLC,

     Defendant.

---

## <u>ORDER</u>

In a March 17, 2026 Report and Recommendation, R. & R. (Doc. 8), the United States Magistrate Judge recommends dismissing pro se plaintiff Praveen Khurana's first amended complaint for failure to properly plead, (Doc. 6), and denying Khurana's motion to proceed in forma pauperis, (Doc. 7). Khurana timely objects, Obj. (Doc. 11), and he moves for leave to file a second amended complaint, (Doc. 10); *see* 2d Am. Compl. (Doc. 9).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review of that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews

legal conclusions de novo, even absent an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

Khurana "does not dispute" the Magistrate Judge's conclusion that the first amended complaint "may not have fully complied with Federal Rules of Civil Procedure 8 and 10." Obj. at 1; *see* R. & R. at 3–5. Khurana objects only on the basis that he should be permitted to file another amended complaint because "the deficiencies identified by the [Magistrate Judge] are procedural in nature and readily curable." *Id.* I agree that it remains possible for Khurana to state a claim under the ADA, and so modify the Report to the extent that it recommends dismissing the first amended complaint without leave to amend. Khurana may file his proposed second amended complaint, *see* 2d Am. Compl., which the Magistrate Judge shall treat as operative for purposes of adjudicating the pending motion to proceed in forma pauperis, (Doc. 7).

Accordingly, the following is **ORDERED**:

1.  The Magistrate Judge's Report and Recommendation (Doc. 8) is **ADOPTED with modifications** as described above and made a part of this Order for all purposes.

2.  Khurana's First Amended Complaint (Doc. 6) is **DISMISSED** without prejudice.

3.     Khurana's Motion for Leave to File a Second Amended Complaint (Doc. 10) is **GRANTED**. The Second Amended Complaint (Doc. 9) shall serve as the operative complaint.

**ORDERED** in Tampa, Florida, on March 31, 2026.


_Kathryn Kimball Mizelle_
Kathryn Kimball Mizelle
United States District Judge

3